# Order

Michigan Supreme Court
Lansing, Michigan

July 13, 2011

142815

WILLIAM OSANTOWSKI,
      Plaintiff-Appellee,

v

DOW CHEMICAL COMPANY,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142815
COA: 300707
Midland CC: 09-005690-CZ

On order of the Court, the application for leave to appeal the February 10, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2011

                     Clerk

p0706